FILED
CLERK, U.S. DISTRICT COURT
08/27/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2025 Grand Jury

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALVARO RUIZ,<br><br>    Defendant. | ED CR No. 5:25-cr-00282-AH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture] |
|---|---|

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about June 25, 2025, in San Bernardino County, within the Central District of California, defendant ALVARO RUIZ knowingly possessed the following firearm and ammunition, in and affecting interstate and foreign commerce:

1. An Intratec Tec-9 9mm firearm, bearing serial number 57709;
2. 10 rounds of Winchester 9mm ammunition;
3. 5 rounds of CBC 9mm ammunition;
4. 5 rounds of Ordnance Factory #321, China 9mm ammunition;
5. 45 rounds of Blazer 9mm ammunition;
6. 1 round of Federal 9mm ammunition;

7. 1 round of Remington-Peters 9mm ammunition;

8. 43 rounds of Fiocchi 9mm ammunition; and

9. 245 rounds of Aguila .22 caliber ammunition.

Defendant RUIZ possessed the firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Inflicting Injury on Spouse, Cohabitant, or Fellow Parent Resulting in Traumatic Condition, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of San Bernardino, case number FWV1503415, on or about August 26, 2016;

2. Assault With Force Likely to Produce Great Bodily Injury, in violation of California Penal Code Section 245(a)(4), in the Superior Court of the State of California, County of San Bernardino, case number FWV1503415, on or about August 26, 2016;

3. Assault by Prisoner With Force Likely to Produce Great Bodily Injury, in violation of California Penal Code Section 4501(b), in the Superior Court of the State of California, County of Kern, case number DF012880C, on or about December 21, 2017;

4. Possession of Firearm by Felon, in violation of California Penal Code Section 29800(a)(1), in the Superior Court of the State of California, County of San Bernardino, case number FWV23001287, on or about June 7, 2024;

5. Possession of Firearm by Felon, in violation of California Penal Code Section 29800(a)(1), in the Superior Court of the State of California, County of Orange, case number 23CF1822, on or about February 24, 2025; and

1    6.   Possession of a Controlled Substance for Sale, in violation
2 of California Health and Safety Code Section 11378(a) in the Superior
3 Court of the State of California, County of Orange, case number
4 23CF1822, on or about February 24, 2025.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

    (b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

///

///

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
_____
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

*[signature]*

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

PETER DAHLQUIST
Assistant United States Attorney
Chief, Riverside Office

MILES ROBINSON
Assistant United States Attorney
Riverside Office